**Viva GODDARD, Plaintiff–Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 01–2257.

United States Court of Appeals,
Fourth Circuit.

Submitted April 16, 2002.

Decided April 29, 2002.

Carter Zerbe, Charleston, West Virginia, for Appellant. James A. Winn, Regional Chief, Region III, Victor J. Pane, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; Kasey Warner, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Viva Goddard appeals from the district court's order granting the Commissioner of the Social Security Administration's motion for judgment on the pleadings on her claims for disability insurance benefits. We have reviewed the record, the briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Goddard v. Barnhart,* No. CA–00–491–2 (S.D.W.Va. Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*